## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: HOGLIND, JOEL C               §   Case No. 12-83789

                                          §

                                          §

Debtor(s)                                §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
STEPHEN G. BALSLEY_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 12/18/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: ___/ /_____        By: _____/s/ STEPHEN G. BALSLEY_____
                                              Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: HOGLIND, JOEL C

§   Case No. 12-83789
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*              $            6,500.00

*and approved disbursements of*                   $               0.00

*leaving a balance on hand of* [1]                $            6,500.00

**Balance on hand:**                              $            6,500.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | PENNYMAC LOAN SERVICES, LLC | 218,012.49 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $            0.00
Remaining balance:                        $        6,500.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,400.00 | 0.00 | 1,400.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,498.50 | 0.00 | 1,498.50 |

Total to be paid for chapter 7 administration expenses:   $        2,898.50
Remaining balance:                                         $        3,601.50

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00

Remaining balance:   $        3,601.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $            0.00

Remaining balance:   $        3,601.50

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,035.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,002.03 | 0.00 | 276.94 |
| 2 | Abri Credit Union | 6,609.36 | 0.00 | 914.27 |
| 3 | eCAST Settlement Corporation, assignee | 9,842.96 | 0.00 | 1,361.57 |
| 4 | eCAST Settlement Corporation, assignee | 7,581.35 | 0.00 | 1,048.72 |

Total to be paid for timely general unsecured claims:   $        3,601.50

Remaining balance:   $            0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:  /s/STEPHEN G. BALSLEY

Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 12-83789-TML
Joel C Hoglind                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett          Page 1 of 1          Date Rcvd: Nov 12, 2013
                              Form ID: pdf006         Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2013.
```
db         +Joel C Hoglind,   2810 Hillsboro Lane,   Lake in the Hills, IL 60156-6309
19950391    Abri Credit Union,   PO Box 660493,   Dallas, TX 75266-0493
19533185   +Abri Credit Union,   c/o Trunkett & Trunkett, P.C.,   20 N. Wacker Dr., #1434,
             Chicago, IL 60606-2906
19533186   +Acorn Pediatric Therapy,   824 S. Main St., Ste. 104,   Crystal Lake, IL 60014-6265
19533187    Allied Interstate,   PO Box 1954,   Southgate, MI 48195-0954
19533189   +Barrington Anes Assoc,   PO Box 66202,   Chicago, IL 60666-0202
19533190   +Car Max Auto Finance,   PO Box 440609,   Kennesaw, GA 30160-9511
19533191    Cardmember Serivcve,   PO Box 15153,   Wilmington, DE 19886-5153
19533192    Cardmemgber Service,   PO Box 15153,   Wilmington, DE 19886-5153
19533194    Good Shepherd Hospital,   PO Box 70014,   Chicago, IL 60673-0001
19533196   ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department of Revenue,   Springfield, IL 62736)
19533195    Illinois collection Service, Inc.,   PO Box 1010,   Tinley Park, IL 60477-9110
19792141   +KGH Consultation & Treatment, Inc.,   3100 Dundee Rd., Ste. 704,   Northbrook, IL 60062-2442
19533197    Kids Therapy Ltd.,   1860 W. Winchester Rd., Ste. 108,   Libertyville, IL 60048-5312
19533198    Lake Cook Orthopedic Assoc,   PO Box 66080,   Chicago, IL 60666-0080
19533199    Medical Business Bureau, INc.,   PO Box 1219,   Park Ridge, IL 60068-7219
20332509   +PENNYMAC LOAN SERVICES, LLC,   6101 CONDOR DRIVE SUITE #200,   MOORPARK, CA 93021-2602
19533200    PennyMac,   PO Box 514387,   Los Angeles, CA 90051-4387
19613649   +PennyMac  Loan Services, LLC,   c/o Aldridge Connors LLP,   Fifteen Piedmont Center,
             3575 Piedmont Road, N.E., Suite 500,   Atlanta, GA 30305-1636
19533201   +Trunkett & Trunkett, PC,   20 N. Wacker Dr., Ste 1434,   Chicago, IL 60606-2906
19533202   +Zukowski, Rogers, Flood & McArdle,   50 Virginia Street,   Crystal Lake, IL 60014-4126
20187880    eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
             New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19922196    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 13 2013 02:43:47     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
19533193    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 13 2013 02:43:47     Discover Financial Services,
             PO Box 6103,   Carol Stream, IL 60197-6103
                                                                           TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19533188*   Allied Interstate,   PO Box 1954,   Southgate, MI 48195-0954
20187882*   eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
             New York, NY 10087-9262
                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2013                              Signature:  _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2013 at the address(es) listed below:
```
            Bonnie L Macfarlane   on behalf of Debtor Joel C Hoglind maclawfirm@aol.com
            Carole J. Ryczek    on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
            Gloria C Tsotsos    on behalf of Creditor   PennyMac Loan Services, LLC nd-two@il.cslegal.com
            Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
            Stephen G Balsley   on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com
            Stephen G Balsley    sbalsley@bslbv.com, IL47@ecfcbis.com
                                                                           TOTAL: 6
```